**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
BRYAN SAHAGUN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRYAN SAHAGUN,<br>Defendant | Case No.: 1:20-CR-00062-NONE-SKO-4<br><br>**ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, Brian Sahagun, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting to allow defendant to travel out of the district.

Mr. Sahagun has informed my office that he would like to travel on two occasions. Mr. Sahagun would like to travel to San Jose, CA to collect his belongings and report to his union, Local Labor’s Union 270, in order to transfer his workplace to Southern California. His union is located at 2195 Fortune Dr. San Jose, CA 95131. Mr. Sahagun plans on traveling by vehicle alone and anticipates leaving Palmdale, CA on Tuesday, September 1, 2020 at 6 a.m. and will return Friday, September 4, 2020 by 10:00 p.m. The drive will take approximately five hours. While in San Jose, CA, he plans on staying with his grandmother, Teresa Bravo, at her residence located at 1066 Fox Chase Drive San Jose, CA 95123. Ms. Bravo resides alone.

In addition, Mr. Sahagun would like to travel to Los Gatos, CA for his sister's wedding, which will take place on September 26, 2020. Mr. Sahagun plans on traveling by vehicle with his mother, Norma Sahagun, father, Jose Sahagun, and three siblings, Isiah Sahagun, Stephanie Sahagun and Joshua Sahagun. Mr. Sahagun anticipates leaving Palmdale, CA on Friday, September 25, 2020 at 6 a.m. and will return Sunday, September 27, 2020 by 10:00 p.m. The drive will take approximately five hours. Mr. Sahagun will stay with his grandmother, Teresa Bravo, in San Jose, CA. Ms. Bravo resides alone.

Mr. Sahagun currently resides in Palmdale, CA with his mother, Norma Sahagun, who is also his third-party custodian. Mr. Sahagun is on pretrial release and is being supervised by United States Pretrial Services Officer Sean Hamel. He has no violations since being placed on release and checks in with Officer Hamel as ordered by the court.

Mr. Sahagun's is scheduled for a status conference on August 31, 2020.

United States Attorney Kathleen Servatius and United States Pretrial Services have no objection.

Respectfully Submitted,

DATED: August 27, 2020

***/s/ Monica L. Bermudez***

MONICA L. BERMUDEZ
Attorney for Defendant
Bryan Sahagun

**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that defendant is allowed to travel out of district from September 1, 2020 through September 4, 2020, and September 25, 2020 through September 27, 2020.

IT IS SO ORDERED.

Dated: **August 28, 2020**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE