**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
BRYAN SAHAGUN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00062-NONE-SKO-4 |
| Plaintiff, | **ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT** |
| vs. | |
| BRYAN SAHAGUN, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, Brian Sahagun, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting to allow defendant to travel out of the district.

Mr. Sahagun has informed my office that he would like to travel to Stockton, CA for his cousin's, Rafael Cornejo, baby shower which will take place on October 24, 2020. Mr. Sahagun plans on traveling by vehicle alone. Mr. Sahagun anticipates leaving Palmdale, CA on Friday, October 23, 2020 at 12:00 p.m. and will return Sunday, October 25, 2020 by 10:00 p.m. The drive will take approximately five hours. Mr. Sahagun will stay with his aunt, Yesenia Cornejo, at 1984 Phillip Court Stockton, CA 95206. Ms. Cornejo lives with her son, Rafael Cornejo, and two minors.

Mr. Sahagun currently resides in Palmdale, CA with his mother, Norma Sahagun, who is also his third-party custodian. Mr. Sahagun is on supervised release and is being supervised by United States Pretrial Services Officer Michelle Ries. He has no violations since being placed on release and checks in with Officer Hamel as ordered by the court.

Mr. Sahagun's is scheduled for a status conference on December 7, 2020.

United States Attorney Kathleen Servatius and United States Pretrial Services have no objection.

Respectfully Submitted,

DATED:  October 23, 2020

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Bryan Sahagun

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant is allowed to travel out of district from October 23, 2020, at 12:00 p.m. until Sunday, October 25, 2020, at 10:00 p.m.

IT IS SO ORDERED.

Dated:   **October 23, 2020**              /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE