**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661)322-7675

Attorney for Bryan Sahagun

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00062-NONE-SKO-4 |
| Plaintiff, | ORDER TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| BRYAN SAHAGUN, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K OBERTO AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, Brian Sahagun, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting to modify defendant's curfew.

Mr. Sahagun has informed my office that he recently gained employment at C.A. Rasmussen, Inc., a heavy construction specialist company location in Southern California. Mr. Sahagun duties include working freeway and highway construction.  Mr. Sahagun's has been advised by his supervisor that he is required to work between the hours of 7:00 p.m. and 6:00 a.m. when traffic is lighter, however, his hours will fluctuate due to overtime. Additionally, Mr. Sahagun lives in Palmdale, CA, an hour away from his employment, and will need additional time to drive to and from work. Mr. Sahagun respectfully requests that the terms of his conditions be amended with regards to his curfew to allow him to work according to his work

schedule. Further, Mr. Sahagun will keep his Pretrial Services Officer, Michelle Ries, aware of his shift schedule on a weekly/biweekly basis.

I have spoken to United States Attorney Kathleen Servatius and United States Pretrial Services, and they have no objection to the amendment.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED:  October 23, 2020 | */s/ Monica L. Bermudez* <br> Monica L. Bermudez <br> Attorney for Defendant <br> Bryan Sahagun |

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that defendant is allowed to modify curfew at the discretion of the United States Pretrial Services Officer.

IT IS SO ORDERED.

Dated:   **November 16, 2020**         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE