MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
BRYAN SAHAGUN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-00062 NONE-SKO |
|---|---|
| Plaintiff, | DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE |
| v. | |
| BRYAN SAHAGUN, | |
| Defendant. | |

    Defendant, BRYAN SHAHGUN, hereby waives his appearance in person in open court upon the status conference set for Wednesday, December 16, 2020 of the above-entitled case. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, MONICA BERMUDEZ, Defendant further agrees to be present in person in court at all future hearing dates set by the court including dates for jury trial.

DATED: December 14, 2020                                        */s/Bryan Sahagun*
                                                                                Bryan Sahagun

DATED: December 14, 2020                                        */s/ Monica L. Bermudez*
                                                                                MONICA L. BERMUDEZ
                                                                                 Counsel for Defendant

**ORDER**

    Good cause appearing.

    IT IS HEREBY ODERED that the defendant, BRYAN SHAHGUN, is hereby excused from Appearing at this court hearing scheduled for Wednesday, December 16, 2020.

IT IS SO ORDERED.

Dated: **December 14, 2020**     /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE