**Monica L. Bermudez**
Attorney at Law, SBN 275434
1670 "M" Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675

Attorney for:
BRYAN SAHAGUN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-CR-00062-NONE-SKO-4 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TERMINATE DEFENDANTS LOCATION MONITORING CONDITION** |
| BRYAN SAHAGUN, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BRYAN SAHAGUN, by and through her attorney of record, MONICA L. BERMUDEZ, and at the request of Pretrial Services, hereby moves that the court remove Mr. Sahagun's location monitoring condition based on Mr. Sahagun's compliance.  Mr. Sahagun has been under Pretrial Services supervision for approximately eight months without incident. The parties stipulate that Mr. Sahagun's location monitoring condition be terminated, and that all remaining conditions of his release should remain in effect. AUSA Kathleen Servatius and Pretrial Services Officer Darryl Walker are aware of the request and have no objection.

**IT IS SO STIPULATED.**

DATED: April 27, 2021

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Bryan Sahagun

1

DATED: April 27, 2021 /s/ *Kathleen Servatius*
Kathleen Servatius
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that Bryan Sahagun's location monitoring condition be terminated; however, Mr. Sahagun must abide by all remaining conditions of his release.

IT IS SO ORDERED.

Dated: **April 27, 2021**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2