**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Bryan Sahagun

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRYAN SAHAGUN<br><br>    Defendant | Case No.: 1:20-CR-00062 NONE-SKO<br><br>**DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE AND ORDER THEREON** |

Defendant, BRYAN SAHAGUN, hereby waives his appearance in person in open court upon the status conference set for Wednesday, October 20, 2021 of the above-entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, MONICA L. BERMUDEZ. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   October 19, 2021                           */s/Bryan Sahagun*
                                                    Bryan Sahagun


Date: October 19, 2021                             */s/Monica L. Bermudez*
                                                    MONICA L. BERMUDEZ
                                                    Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant, BRYAN SAHAGUN is hereby excused from appearing at this court hearing scheduled for Wednesday, October 20, 2021.

IT IS SO ORDERED

DATED: 10/20/2021

*/s/Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE