PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00062-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET A CHANGE OF PLEA HEARING, AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| BRYAN SAHAGUN, | CURRENT DATE: July 31, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Shiela K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for status conference on July 31, 2024.

2. By this stipulation, defendant SAHAGUN and the government now move to set the matter for change of plea on September 9, 2024, and set exclude time from July 31, 2024, to September 9, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, photographs, cell phone records, and related documents in electronic form, which are voluminous in nature. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    d) For defendant SAHAGUN, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2024 and September 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  July 24, 2024         PHILLIP A. TALBERT
                  United States Attorney

                  /s/ LAUREL J. MONTOYA
                  LAUREL J. MONTOYA
                  Assistant United States Attorney


Dated: July 24, 2024          /s/ MONICA BERMUDEZ
                  MONICA BERMUDEZ
                  Counsel for Defendant
                  Bryan Sahagun

**ORDER**

IT IS HEREBY ORDERED that Defendant SAHAGUN's change of plea hearing shall be set for September 9, 2024. The time period from July 31, 2024, to and through September 9, 2024, shall be excluded  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for the reasons et forth in the

Parties' stipulation.

IT IS SO ORDERED.

Dated: **July 26, 2024**           /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE