MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
BRYAN SAHAGUN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>BRYAN SAHAGUN,<br><br>             Defendants. | CASE NO. 1:20-CR-00062 JLT-SKO-4<br><br>STIPULATION TO CONTINUE THE CHANGE OF PLEA HEARING; ORDER<br><br>DATE:  September 9, 2024<br>TIME:   9:00 a.m.<br>JUDGE: HON. JENNIFER L. THURSTON |

**STIPULATION**

COMES NOW, Defendant, BRYAN SAHAGUN, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. On July 31, 2024, a plea agreement was filed (Doc. 159) and a change of plea hearing was set for September 9, 2024, at 9:00 a.m.

2. Counsel for Mr. Sahagun commenced a homicide trial in the matter of *People v. Kindle, et al., BF193990A*, in the Kern County Superior Court on August 15, 2024.

3. Jury trial has been postponed until September 5, 2024, due to a defendant testing positive for

1

COVID-19; trial is anticipated to conclude mid-September.

4. As such, counsel will be unavailable to proceed with the Change of Plea hearing for Mr. Sahagun and is requesting the matter be continued to **October 7, 2024, at 9:00 a.m**.

5. Counsel has spoken to AUSA Laurel Montoya and she has no objection to the continuance.

6. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

8. For defendant SAHAGUN, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2024, 2024 and October 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

DATED: August 29, 2024

                                          */s/ Monica L. Bermudez*
                                          MONICA L. BERMUDEZ
                                          Counsel for Defendant
                                          Bryan Sahagun

DATED: August 29, 2024        */s/ Laurel J. Montoya*
                                            LAUREL J. MONTOYA
                                            Assistant United States Attorney

## O R D E R

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED for defendant SAHAGUN, a change of plea hearing set for September 9, 2024, is continued to October 7, 2024, and that the time period of September 9, 2024, to and through October 7, 2024, be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated: **August 29, 2024**                             /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE