MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
BRYAN SAHAGUN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00062 JLT-SKO-4 |
| Plaintiff, | STIPULATION TO CONTINUE THE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| BRYAN SAHAGUN, | DATE: September 9, 2024 |
| | TIME: 9:00 a.m. |
| Defendants. | JUDGE: Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, BRYAN SAHAGUN, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. On July 31, 2024, a plea agreement was filed (Doc. 159).

2. A change of plea hearing is currently set for Monday, October 7, 2024.

3. Counsel for Mr. Sahagun is commencing trial in a juvenile matter on October 2, 2024. Trial is anticipated to last three days, however, due to witness availability trial may continue into next week.

1

4. As such, counsel is requesting a brief continuance in an abundance of caution and courtesy to the courts and requests this matter be continued to Monday, October 28, 2024, at 9:00 a.m.

5. Counsel has spoken to AUSA Laurel Montoya and she has no objection to the continuance.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, ET SEQ, within which trial must commence, the time period of October 7, 2024 to October 28, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), (B)(iv)[Local Codes T4] because it results form a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in the stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

DATED: October 3, 2024

                          */s/ Monica L. Bermudez*
                          MONICA L. BERMUDEZ
                          Counsel for Defendant
                          Bryan Sahagun

DATED: October 3, 2024

                          */s/ Laureal J. Montoya*
                          LAUREL J. MONTOYA
                          Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED** that the change of plea hearing currently set for October 7, 2024, 2024, be vacated and reset to **October 28, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: __**October 4, 2024**__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

3