MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L Street
Bakersfield, CA 93301
Tel.: (661) 616-2141
Fax: (661) 322-7675
Email: Monica@lawbermudez.com

Attorney for Bryan Sahagun

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>BRYAN SAHAGUN,<br><br>         Defendant. | CASE NO. 1:20-CR-00062<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: March 31, 2025<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

  Bryan Sahagun, by and through his counsel, Monica L. Bermudez and The United States of America, by and through its counsel of record, hereby stipulate as follows:

  1. By previous order, this matter was set for sentencing on February 10, 2025 at 9:00 a.m.

  2. By this stipulation, the parties move to continue sentencing for the defendant until March 31, 2025 at 9:00 a.m.

  3. The parties request the continuance so that the parties have adequate time to review the presentence investigation report and prepare any objections. The parties therefore stipulate and request that the current date set for sentencing be vacated and that the matter be reset for sentencing

1

on March 31, 2025 at 9:00 a.m.

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: February 3, 2025

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Bryan Sahagun

DATED: February 3, 2025

/s/ Laurel K. Montoya
Laurel J. Montoya
Assistant United States Attorney

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **February 4, 2025**

UNITED STATES DISTRICT JUDGE