**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 L Street.
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Bryan Sahagun

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRYAN SAHAGUN,<br><br>　　　　Defendant | Case No.: 1:20-cr-00062 JLT-SKO<br><br>**ORDER TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER THURSTON, AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Bryan Sahagun, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant, Bryan Sahagun, be extended form May 29, 2025, to August 28, 2025, at 12:00 p.m. for the following reason(s):

On May 9, 2025, Mr. Sahagun was rear-ended and sustained moderate injuries. Following the accident Mr. Sahagun spoke to law enforcement, exchanged insurance information, and retuned home. Feeling immense pain, the next day Mr. Sahagun visited Santa Clara Valley Medical Center emergency room where was diagnosed with whiplash injury to the neck, acute right-side lower back pain, and cervical sprain and was prescribed Cyclobenzaprine, Ibuprofen, and Lidocaine (See Attachment A). At no time while in the emergency room was Mr. Sahagun ordered an MRI for further injury. Following his emergency room visit, Mr. Sahagun

then visited a chiropractor and was referred to an imaging center for an MRI to determine the type of therapy necessary for treatment and to determine the severity of his injuries. An MRI of his cervical spine, cervical alar ligament, thoracic spine, and lumbar spine is scheduled for May 21, 2025 (See Attachment B)

    Mr. Sahagun wishes to extend his surrender date for approximately 90 days, to August 28, 2025, to proceed with the MRI and obtain the proper diagnosis for future treatment while in custody. In addition, Mr. Sahagun would like to consult with counsel regarding the remedies and to prepare the necessary documentation to appoint representation for any future litigation that may arise from the accident.

                                                      Respectfully Submitted,

DATED: May 20, 2025                    */s/ **Monica L. Bermudez***
                                                      MONICA L. BERMUDEZ
                                                      Attorney for Defendant
                                                      Bryan Sahagun

**ORDER**

**IT IS SO ORDERED** that the defendant's surrender date is extended to August 28, 2025, at 12:00 p.m.

IT IS SO ORDERED.

    Dated:   **May 20, 2025**                                                 
                                                                    UNITED STATES DISTRICT JUDGE