**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 L Street.
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Bryan Sahagun

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>BRYAN SAHAGUN,<br><br>   Defendant | Case No.: 1:20-cr-00062 JLT-SKO<br><br>**ORDER TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON, AND LAUREL J. MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, Bryan Sahagun, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant, Bryan Sahagun, be extended from August 28, 2025, to October 28, 2025, at 12:00 p.m. for the following reason(s):

   On May 9, 2025, Mr. Sahagun was involved in an auto car accident where he was rear-ended and sustained moderate injuries. MRI's dated June 10, 2025, from Sunnyvale Imaging Center revealed cervical, thoracic and lumbar spine injuries.

   Mr. Sahagun wishes to extend his surrender date for approximately 60 days, to October 28, 2025, to continue with his weekly chiropractor and pain management appointments. In

addition, Mr. Sahagun hopes to settle his personal injury claim from the auto accident around October.

    I have spoken to AUSA Laurel J. Montoya and she has no objection extending his surrender date by 60 days.

Respectfully Submitted,

DATED: July 9, 2025

                                                      ***/s/ Monica L. Bermudez***
                                                      MONICA L. BERMUDEZ
                                                      Attorney for Defendant
                                                      Bryan Sahagun

DATED: July 9, 2025

                                                      ***/s/Laurel J. Montoya***
                                                      LAUREL J. MONTOYA
                                                      Assistant United States Attorney

## ORDER

**IT IS SO ORDERED** that the defendant's surrender date is extended to October 28, 2025, at 12:00 p.m.

IT IS SO ORDERED.

    Dated:   **July 9, 2025**

                                                        UNITED STATES DISTRICT JUDGE