**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 "L" Street.
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
BRYAN SAHAGUN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRYAN SAHAGUN,<br><br>　　　　Defendant | Case No.: 1:20-cr-00062 JLT-SKO<br><br>**ORDER DENYING REQUEST TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER THURSTON, AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Bryan Sahagun, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant, Bryan Sahagun, be extended from October 28, 2025, to January 27, 2026, at 12:00 p.m. for the following reason(s):

On May 9, 2025, Mr. Sahagun was involved in a collision and sustained moderate injuries. Mr. Sahagun sought medical treatment for his injuries and has completed his treatment. Mr. Sahagun retained legal counsel to assist in his personal injury matter. He has been informed by counsel they are in the process of obtaining medical records and bills to finalize his lawsuit.

///

Mr. Sahagun is requesting an extension to assist his counsel in acquiring such records, which are critical for his lawsuit.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: September 29, 2025 | /s/ *Monica L. Bermudez* <br> MONICA L. BERMUDEZ <br> Attorney for Defendant <br> Bryan Sahagun |

## ORDER

The Court has considered the request of Mr. Sahagun to extend his surrender date. His desire to pursue a civil lawsuit is not good cause to delay the start of service of his sentence. Thus, his request is **DENIED**. He **SHALL** surrender for service of his sentence as currently ordered.

IT IS SO ORDERED.

Dated:   **September 29, 2025**                                          _____
                                                                                              UNITED STATES DISTRICT JUDGE