Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
monica@lawbermudez.com

Attorney for Defendant Bryan Sahagun

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Bryan Sahagun<br><br>    Defendant, | No. 1:20-cr-00062 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD; ORDER** |

On March 12, 2020, Defendant Bryan Sahagun was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel on August 12, 2020, to represent Mr. Sahagun in his criminal case. Mr. Sahagun was sentenced on March 31, 2025, pursuant to a plea agreement. The time for filing a direct appeal was April 14, 2025. No direct appeal was filed, and he was not in custody at sentencing. Mr. Sahagun criminal case has now therefore come to an end. Having completed her representation of Mr. Sahagun, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Sahagun require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 11/17/2025                                      Respectfully submitted,

                                                                   */s/ Monica L. Bermudez*
                                                                   Monica L. Bermudez,
                                                                   Attorney for Defendant
                                                                   Bryan Sahagun

## ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Bryan Sahagun at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FPC Montgomery
Bryan Sahagun Register Number: 26362-111
Maxwell Air Force Base
Montgomery, AL 36112

IT IS SO ORDERED.

Dated:   **November 17, 2025**                                  /s/ Jennifer L. Thurston
                                                                                             UNITED STATES DISTRICT JUDGE